FIRST ALABAMA BANK OF MONT-
GOMERY, N.A. and Edward
Herbert, Plaintiffs-Appellees.

v.

PARSONS STEEL, INC., et
al., Defendants,

A. Pope Gordon, Trustee in Bankruptcy
for the Estate of Parsons Steel, Inc.,
Parsons Steel, Inc., Jim D. Parsons and
Melba L. Parsons, Defendants-Appel-
lants.

No. 83–7395.

United States Court of Appeals,
Eleventh Circuit.

April 1, 1986.

James Jerry Wood, Thomas R. DeBray,
Montgomery, Ala., for Gordon.

Frank M. Wilson, Montgomery, Ala., for
Parsons & Parsons Steel.

M.R. Nachman, Jr., James A. Byram, Jr.,
Montgomery, Ala., for plaintiffs-appellees.

Before RONEY and HILL, Circuit
Judges, and THORNBERRY,* Senior Cir-
cuit Judge.

ON REMAND FROM THE SUPREME
COURT OF THE UNITED STATES

PER CURIAM:

The district court judgment in this case
was affirmed by this court in *First Ala-
bama Bank v. Parsons Steel, Inc.,* 747
F.2d 1367 (11th Cir.1984). The judgment of
this court has now been reversed by the
Supreme Court of the United States. *Par-
sons Steel, Inc v. First Alabama Bank,*
— U.S. —, 106 S.Ct. 768, 88 L.Ed.2d 877
(1986).

* Honorable Homer Thornberry, Senior U.S. Cir-
cuit Judge for the Fifth Circuit, sitting by desig-

WHEREUPON IT IS ORDERED that
the judgment of the district court is re-
versed, and this cause is remanded to the
United States District Court for the Middle
District of Alabama for further proceed-
ings in conformity with the opinion of the
Supreme Court of the United States.

IT IS FURTHER ORDERED that the
appellants recover from appellees their
costs on this appeal.